# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DENNIS HARBIN NOONER, III**                                                          **PLAINTIFF**

**v.**                                   **CASE NO. 2:20-CV-00223-BSM**

**GRIFFIN CHRISTIE,** *et al.*                                                         **DEFENDANTS**

## ORDER

The joint motion for dismissal [Doc. No. 25] is granted, and this case is dismissed with prejudice. FED. R. CIV. P. 41. Court costs are assessed against defendants. The parties will bear their own attorneys' fees.

IT IS SO ORDERED, this 12th of May, 2022.

_____
UNITED STATES DISTRICT JUDGE